# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 35 - 1 | **DATE** | 01/19/10 |
| **CASE TITLE** | USA vs. Jack Mann | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Court recommends that a Medical Practitioner be available in the facility where defendant is housed for evaluation on all medical issues. Defendant is currently taking 200 mg of Provigil.

00:07

FILED
2010 JAN 19 PH 5:05
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | LXS |
|---|---|---|