NF

FILED

FEB 0 3 2010 NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 10 CR 35 |
| | ) | |
| v. | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. §373 |
| FRANK CAIRA and | ) | 18 U.S.C. §1117 |
| JACK MANN | ) | |
| | ) | |

JUDGE HIBBLER

MAGISTRATE JUDGE NOLAN

**COUNT ONE**

THE SPECIAL SEPTEMBER 2008 GRAND JURY CHARGES:

1. At all times relevant to this indictment:

a. Whoever kills or attempts to kill any officer or employee of the United States or of any agency in any branch of the United States Government while such officer or employee is engaged in or on account of the performance of the official duties, or any person assisting such an officer or employee in the performance of such duties or account of that association violates 18 U.S.C. § 1114.

b. Murder is the unlawful killing of a human being with malice aforethought. Every murder perpetrated by poison, lying in wait, or any other kind of willful, deliberate, malicious, and premeditated killing; or committed in the perpetration of, or attempt to perpetrate, any arson, escape, murder, kidnaping, treason, espionage, sabotage, aggravated sexual abuse or sexual abuse, child abuse, burglary, or robbery; or perpetrated as part of a pattern or practice of assault or torture against a child or children; or perpetrated from a premeditated design or unlawfully and maliciously to effect the death of any human being other than him who is killed, is murder in the first degree and a violation of 18 U.S.C. § 1111.

c. Victim A is an Assistant United States Attorney (AUSA) for the United States Attorney's Office, Northern District of Illinois. The United States Attorney's Office is part of the United States Department of Justice, a Department in the Executive Branch of the United States Government.

d. Victim B is a Special Agent of the Drug Enforcement Agency (DEA). The DEA is part of the United States Department of Justice, a Department in the Executive Branch of the United States Government.

e. The Federal Bureau of Investigation (FBI) is part of the United States Department of Justice, a Department in the Executive Branch of the United States Government.

f. In December 2008, FRANK CAIRA was charged with a violation of federal law in the Northern District of Illinois. Victim A was the AUSA prosecuting the case against CAIRA, Victim B was the case agent who investigated the case.

SCHEME TO MURDER VICTIM A AND VICTIM B

2. Beginning in or about August 2009, and continuing to on or about January 15, 2010, at Chicago and DuPage County in the Northern District of Illinois and elsewhere,

**FRANK CAIRA**
**JACK MANN**

defendants herein, did knowingly, willfully, and unlawfully conspire with each other and with others, known and unknown to the grand jury, to kill with premeditation and malice aforethought, Victim A and Victim B, in violation of Title 18 United States Code Section 1114.

MANNER AND MEANS OF THE CONSPIRACY

3. It was part of the conspiracy that FRANK CAIRA and JACK MANN met during the summer of 2009. As the two began to know and trust one another, CAIRA told MANN that he was facing charges in federal court. CAIRA confided in MANN that he wished to perform a "magic trick" to make people involved in the case, the federal prosecutor and the FBI case agent, disappear. (MANN understood the agent to be a FBI agent. The case agent in CAIRA's underlying federal case was a DEA agent). He also told Mann that he was unhappy with the attorney representing him, and believed him to be too close to the Government. CAIRA asked MANN to reach out to Individual A, a person known to the grand jury, and a person known to CAIRA and MANN to be a street gang member, and have Individual A "take care of" the federal prosecutor and federal agent; to "make their pulse stop beating." MANN negotiated a price with Individual A, and Individual A agreed to kill Victim A and Victim B for CAIRA. CAIRA tasked MANN to be a middleman between himself and Individual A. In exchange for the agreed upon price, Individual A was to determine the home addresses of Victim A and Victim B and provide CAIRA with photographs of each of them at their homes. Once the photographs were supplied, CAIRA would know Individual A was able to commit the murders, and payment would be authorized.

ACTS IN FURTHERANCE OF THE CONSPIRACY

4. In or about late summer, 2009 FRANK CAIRA and JACK MANN met in DuPage County, Illinois to discuss CAIRA'S pending federal criminal case. During these discussions CAIRA told MANN he needed some sort of "magic trick" to make his federal case disappear. He suggested that harm should come to a couple people involved in his case; that these two people should go away.

5. In these discussions, CAIRA asked MANN to contact Individual A, an individual CAIRA referred to as "Gomez." Individual A was known to CAIRA and MANN as a member of the Almighty Latin King street gang. CAIRA told MANN that Individual A could "take care of" the people involved in his case, and make their "pulse stop beating".

6. CAIRA told MANN he did not wish to have direct contact with Individual A, but asked MANN to contact Individual A. Individual A agreed to participate in the scheme .

7. In late November, 2009 CAIRA told MANN the identities of the two people he wanted Individual A to kill; Victim A, the AUSA assigned to his federal case, and Victim B, whom MANN understood to be a FBI case agent. The name given to MANN, Victim B, is a DEA agent assigned to the investigation of CAIRA's federal case. CAIRA demanded that before he authorized payment for these murders, Individual A would have to provide him with photographs of Victim A. and Victim B at their residences so CAIRA could be certain Individual A had the right people, and the right residence, and confirm he was capable of carrying out the murders.

8. MANN met with Individual A and told him the names and occupations of the proposed targets.

9. In addition to proposal to have Victim A and Victim B. killed, CAIRA told MANN he was upset with his lawyer, Attorney A, and wanted to send him a message. CAIRA wanted Attorney A's dog to be killed in addition to Victim A and Victim B.

10. MANN and Individual A were having difficulty finding the home address of Victim A and Victim B, due in part to uncertainty about the correct spelling of Victim A's name. CAIRA suggested MANN have Individual A get the correct spelling from the public court documents found at the federal courthouse. Rather than asking Individual A, on December 10, 2009, MANN traveled

to the United States District Court Clerk's Office in Chicago, Illinois to obtain the docket sheet for CAIRA'S pending federal case. The docket sheet reflected the correct spelling of Victim A's name.

11. CAIRA would frequently communicate with MANN using text messaging, and MANN would communicate with Individual A in the same fashion. On December 5, 2009 Individual A sent MANN a text message advising him of a change of price for the job. MANN then sent CAIRA a text message with the new payment demand. On December 7, 2009 CAIRA and MANN discuss the status of the scheme in a series of text messages, confirming once they have Victim A and Victim B's photographs and addresses from Individual A, they will be ready to proceed with the scheme. On December 15, 2009 MANN advised CAIRA in a text message that they will be ready to proceed in three days.

All in violation of Title 18 United States Code, Section 1117.

**COUNT TWO**

The SPECIAL SEPTEMBER 2008 GRAND JURY further charges:

1. The allegations in paragraphs 1-11 of Count One of this indictment are hereby realleged and incorporated by reference as if fully stated herein.

2. Beginning in or about August 2009, and continuing to on or about January 15, 2010, in Chicago and DuPage county in the Northern District of Illinois and elsewhere,

**FRANK CAIRA**
**JACK MANN**

defendants herein, with the intent that Individual A engage in conduct constituting a felony that has an element the use, attempted use, or threatened use of physical force against property or against the person of another in violation of the laws of the United States, namely Title 18 United States Code, Sections 1111 and 1114, and under circumstances strongly corroborative of that intent, solicited, commanded, induced, and otherwise endeavored to persuade Individual A to engage in such conduct, in violation of Title 18, United States Code, Section 373 and Title 18, United States Code Section 2.

A TRUE BILL:

______________________________
FOREPERSON

DAVID CAPP
UNITED STATES ATTORNEY
NORTHERN DISTRICT OF INDIANA

By: ______________________________
Susan L. Collins
Assistant United States Attorney